IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) |
| LAURIE PARMLEY | ) Case No. 14-31265 |
| | ) |
| Debtor(s). | ) Chapter 13 |
| | ) |

NOTICE OF CHANGE OF ADDRESS

Comes now Debtor(s), LAURIE PARMLEY by and through his/her attorney, and informs the Court, his/her Creditors, and all parties in interest, of his/her new address:

PO Box 874
Godfrey, IL 62035

PROOF OF SERVICE

The undersigned hereby states that a true copy of the foregoing was sent to the following people that were not served electronically, via first class mail postage prepaid on this 28th day of February, 2018.

Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

                                 /s/J.D. Graham

U.S. Trustee                                   J.D. GRAHAM, P.C.
Becker Building Suite 1100            #1 Eagle Center, Suite 3A
401 West Main St.                       O'Fallon, IL 62269
Peoria, IL 61602                        618.235.9800
                                        618.235.9805 Fax
All creditors on mailing matrix          jd@jdgrahamlaw.com